AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ   FBI S/A JOE CICINI

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

GARY BRAESEKE

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154-CR-JORDAN

MAGISTRATE JUDGE BANDSTRA

YOU ARE HEREBY COMMANDED to arrest _____ GARY BRAESEKE _____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit, Money laundering conspiracy

in violation of Title 18 United States Code, Section(s) 1962(d), 1955, 892, 894, 1956(h)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 Corporate Surety Bond with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |