UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6154 CR-Jordan
           Plaintiff       )
                           ) REPORT COMMENCING CRIMINAL
    -vs-                   )           ACTION
                           ) 55366-004
BRAESENE GANT              )
        Defendant

*********************************************************
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6/20/2000  6/21/00 out  6.45 (am)/pm

(2) Languge Spoken: English

(3) Offense(s) Charged: Title 18, 1962(d) 1955, 1956(b) 892 and 894

(4) U.S. Citizen [ ] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 01/19/1961

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00 6154 CR-Jordan

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Florida of District

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ $100,000
Who set Bond: _____

(7) Remarks: _____

(8) Date: 6/21/00   (9) Arresting Officer: Arthur W Hopewell

(10) Agency: FBI        (11) Phone: 305 787 6240

(12) Comments: _____

Rec'd in MIA DRS 6/26

27/3