## COURT MINUTES

**U. S. MAGISTRATE JUDGE LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: GARY BRAESEKE (J)          CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ  *pres*       ATTY: James Starke (temp)
AGENT: FBI                        VIOL: 18:1956(h)
PROCEEDING I/A ON SEALED INDICT.  RECOMMENDED BOND 100,000 CSB w/ Nebbia
BOND HEARING HELD - yes/~~no~~    COUNSEL APPOINTED

[FILED stamp: JUN 21 2000 — CLARENCE MADDOX, CLERK U.S. DIST. CT., S/D. OF FLA. FT. LAUD.]

BOND SET @ 250,000 PSB

SPECIAL CONDITIONS: (w/i)
1) To be cosigned by: Dawn Braeseke, Kenneth Braeseke Jr, Kenneth Braeseke Sr
2) Rpt to PTS — as directed   ___ x's a wk/month by phone;   ___ x's a wk/month in person
3) Travel extended to:   by 4pm Friday

Gov't ore tenus motion to unseal granted

Bond set —

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 6-28  11  LSS
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:     6-28  11  LSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 6/21/00   Time: 11:00   FTL/LSS TAPE #00- 030   Begin: 1575   End:
                              re-call 031-76

Rec'd In MIA Dkt  6/26                                                 42/s