UNITED STATES OF AMERICA,

v.

Gary Braeseke (...)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-Jordan

FILED JUN 2 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW James M. Stark, P.A. and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) James M. Stark

Counsel's Signature _____

Address 524 S. Andrews Ave #304 N

Ft. Lauderdale, FL        Zip Code: 33301

Telephone (954) 522-3307

52/52