UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _00-6154 CR Jordan_

STYLE: _USA v Braeseke_

DATE: _6/23/00_

FILED by _____ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The Chambers of the Honorable _Lurana S. Snow_ has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

_____ Docket this document as a motion for _____

_____ Docket this document as a response to the following motion: _____

_____ Docket this document as an answer _____

_____ Docket this document as _____

_____ Docket this as an information matter only and file on the left side of the file.

✓ Other: _Co-signature page to Gary Braeseke's bond._

Signed: _[signature]_

Name: _____

Title: _Mag (LSS)_

JUN 28 2000
Rec'd in MIA Dkt _____

CASE NO: _00-6154-CR-Jordan_

COUNTY OF                    )

STATE OF                     )

     Being first duly sworn, I hereby state that I have been asked to sign a $_250,000_ personal surety bond on behalf of _Gary Braeseke_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this _22_ day of _June_, ~~1998~~ _2000_

_Kenneth L. Braeseke_   _Kenn Braesek_
Name

_1426 Washington St._
Address

_Hollywood_           _FL_      _33020_
City                  State    Zip

     Sworn and subscribed before me this _22_ day of _June_, _2000_.

_[signature]_
NOTARY PUBLIC

My Commission Expires:

PAUL G. SCHLICHTE
MY COMMISSION # CC 852011
EXPIRES: November 1, 2003
Bonded Thru Notary Public Underwriters

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL  33301

CASE NO: __00-6154-CR-Jordan__

COUNTY OF _____ )

STATE OF _____ )

Being first duly sworn, I hereby state that I have been asked to sign a $ __250,000__ personal surety bond on behalf of __Gary Braeseke__ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this __22__ day of __June__, ~~19~~ __2000__

_Kenneth J Braeseke_
__KENNETH L. BRAESEKE__
Name

__342 189 ST S.__
Address

__SUNNY ISLES BEACH    FL.    33160__
City                          State         Zip

Sworn and subscribed before me this __22__ day of __June__, ~~2000~~ __2000__.

_[signature]_
NOTARY PUBLIC

My Commission Expires:

PAUL G. SCHLICHTE
MY COMMISSION # CC 852011
EXPIRES: November 1, 2003
Bonded Thru Notary Public Underwriters

_____

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL   33301