**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: GARY BRAESEKE (B)

CASE NO: 00-6154-CR-JORDAN WPD

AUSA: PAUL SCHWARTZ

ATTY: JAMES STARKE, ESQ.. David Smith

AGENT:

VIOL: stood in

PROCEEDING: INQUIRY RE COUNSEL/ARRAIGNMENT

RECOMMENDED BOND:

BOND HEARING HELD - yes / no

COUNSEL APPOINTED:

BOND SET @:

To be cosigned by:

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded

❏ No firearms.

❏ Curfew: _____.

❏ Travel extended to: _____.

❏ Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 6/28/00    TIME: 11:00 A.M.    FTL/LSS TAPE # 00 - 036    Begin: 817    End: 117