**CRIMINAL MINUTES**

FILED BY ___ D.C.
OCT 04 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD    DATE: October 4, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Gary Brueske

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: James Stark

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty Plea to Count 1. Gov't agrees to dismiss Counts 2-5 @ time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 12/15/00    TIME: 10:30    FOR: Sentencing
MISC: Written plea agreement filed