UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA, )
        Plaintiff, )
        )
v. )
        )
GARY BRAESEKE, )
        Defendant. )
_____)

**GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.C. § 5K1.1**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

                          Respectfully submitted,

                          GUY A. LEWIS
                          UNITED STATES ATTORNEY

By: _____
     PAUL F. SCHWARTZ
     ASSISTANT UNITED STATES ATTORNEY
     Court I.D. #A5500086
     500 E. Broward Blvd., 7th Floor
     Fort Lauderdale, Florida 33394
     Telephone:  (954) 356-7392
     Facsimile:  (954) 356-7230



**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this ___7___ day of ___Dec___, 2000, to:

Jim Stark, Esquire
524 S. Andrews Ave., Suite 304N
Fort Lauderdale, FL 33301

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY