**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED _____ D.C.

DEC 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

CASE NUMBER: 00-6154-CR-WPD        DATE: December 15, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Frank Smith        INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Gary Braeseke

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Anais Starke

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
5 years Probation with 1st 180 days to be
spent in home confinement w/ Electronic
Monitoring at deft's expense. $5000.00 Fine,
$100.00 Assessment.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Gvt has filed a 5K1 motion.
Deft Informed of Right to Appeal.