# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 00-6154CR-DIMITROULEAS/BANDSTRA

18 U.S.C. 1962 (d)
18 U.S.C. 1955
18 U.S.C. 1956
18 U.S.C. 892
18 U.S.C. 894
18 U.S.C. 371
18 U.S.C. 2



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| REYNOLDS MARAGNI, | ) |
| JOSEPH ROTUNNO, | ) |
| aka Joey Flowers, | ) |
| aka Flowers, | ) |
| aka Joe the Florist, | ) |
| PERCY MORRIS, | ) |
| aka Tiny, | ) |
| BERT CASKILL, | ) |
| GARY BRAESEKE, | ) |
| EMRO CAPRI, | ) |
| aka Mike Capri, | ) |
| MARTIN HALPERN, | ) |
| DANIEL MEISEL, | ) |
| aka Danny, | ) |
| WILLIAM HAWKINS, | ) |
| JAMES TRAVERS, | ) |
| BARBARA DREZEK, | ) |
| MARTIN ZARCADOOLAS, | ) |
| aka Marty, | ) |
| aka Marty Z, | ) |
| MICHAEL EDDY, | ) |
| aka Doug Eddy, | ) |
| aka Sonny, | ) |
| KAISER AKEL, | ) |
| JAMES LAPOLLA, | ) |
| RICHARD D'ONOFRIO, | ) |
| aka Richie, | ) |
| SCOTT MILLER, and | ) |
| JEANNE BROOKS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the Defendant, GARY BRAESEKE, by and through the undersigned attorney, and hereby moves this Honorable Court to enter an order



terminating his probation with respect to his sentence in the above-styled cause. As grounds the Defendant would show:

1. That on the 15th day of December, 2000 the Defendant was sentenced to six months of home confinement which was to be followed by 4 ½ years of probation. He was also required to pay a fine.

2. The Defendant has successfully completed the home confinement portion of his sentence and on June 15, 2003 will have completed one-half of the probationary period. He has paid his fine.

3. Since being sentenced, the Defendant has continued his work as a Professional Golf Associate (PGA) member. He has concentrated his career on teaching and helping children. He has been recognized by both the company he works for and the PGA for his efforts in this regard. A copy of the letter he has received from their organization is attached hereto.

4. The undersigned has spoken to Assistant U.S. Attorney who represented the government in this matter. His name is Paul Schwartz. At this time, he has taken no position on this motion.

WHEREFORE, the Defendant moves this Honorable Court to enter an order granting the early termination of his probation.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Paul Schwartz, Assistant U.S. Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fl 33394 and via facsimile to James G. Bros, Probation Officer, 6100 Hollywood Blvd., Suite 501, Hollywood, Fl 33024  this _8TH_ day of _July_, 2003.

JAMES M. STARK, ESQ.
Attorney for the Defendant
524 South Andrews Ave. #304N
Fort Lauderdale, FL 33301
TEL: (954) 522-3307

By: James M. Stark
Fl Bar# 169712



**Southern Chapter PGA**
**South Florida Section**

December 10, 2002

**JOHN NORTON**
*President*

Mr. Gary Braeseke
All-Golf @ C.B. Smith Park
950 N. Flamingo Road
Pembroke Pines, FL   33028

Dear Gary,

Congratulations on being named **Southern Chapter Junior Golf Leader** for 2002.  Your continued dedication to children and youth programs as demonstrated in previous years is outstanding.

On behalf of the over 600 PGA Professionals in the Chapter – **"Thanks for making a difference"**.

See You This Spring.

John Norton
President

JAN/cs

*Making Golf A Better Game*