UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　CASE NO. 00-6154-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

GARY BRAESEKE,

　　　　Defendant.
_____/

**O R D E R**

THIS CAUSE having come to be heard before the Court on Defendant's July 10, 2003 Motion For Early Termination of Probation [DE-713], and the Court having reviewed the Court file, said Motion to Early Terminate Probation is Denied. The Court has considered the relevant factors in 18 U.S.C. § 3553(a). U.S. v. Gammarano, 321 F. 3d 311, 315 (2d Cir. 2003).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 11 day of July, 2003.

　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

James M. Starke
524 S. Andrews Avenue, #304N
Ft. Lauderdale, FL 33301

James Bros, U.S.P.O.

