UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY BRAESEKE,

    Defendant.
_____/

CASE NO. 00-6154-CR-DIMITROULEAS

FILED by _____ D.C.

OCT 27 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING ON MOTION FOR EARLY TERMINATION OF PROBATION

THIS MATTER is before the Court on Defendant, Gary Braeseke's Motion for Early Termination of Probation, filed October 27, 2004. The Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of October 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James M. Stark, Esquire
Paul Schwartz, AUSA
James G. Bros, US Probation Officer

