UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
        Plaintiff,

v.

GARY BRAESEKE,
        Defendant.
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT'S BRAESEKE'S MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and responds to Defendant's Motion for Early Termination of Probation as follows:

The government has no opposition to defendant's request that his term of supervised release be terminated.

        Respectfully submitted,

        MARCOS DANIEL JIMENEZ
        UNITED STATES ATTORNEY

By: _____
        PAUL F. SCHWARTZ
        ASSISTANT UNITED STATES ATTORNEY
        Court I.D. #A5500086
        500 E. Broward Blvd., 7th Floor
        Fort Lauderdale, Florida 33394
        Telephone: (954) 356-7392
        Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this ___1___ day of ___Nov___, 2004, to:

Jim Stark, Esquire
524 S. Andrews Ave., Suite 304N
Fort Lauderdale, FL 33301

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　PAUL F. SCHWARTZ
　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY