UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

GARY BRAESEKE,

    Defendant.
_____/

FILED by _____ D.C.
NOV - 2 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION

THIS MATTER is before the Court on Defendant, Gary Braeseke's October 28, 2004 Motion For Early Termination of Probation [DE-733], and the Court having received a November 1, 2004 response from the Government. [DE-734], the Motion for Early Termination of Probation [DE-733] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 2 day of November, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James M. Stark, Esquire
Paul Schwartz, AUSA
James G. Bros, US Probation Officer

